CAMPBELL & WILLIAMS
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: jcw@campbellandwilliams.com

AKIN GUMP STRAUSS HAUER & FELD, LLP
ANTHONY T. PIERCE, ESQ.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone: (202) 887-4579
Facsimile: (202) 887-4288
Email: apierce@akingump.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RMS RETAIL MARKETING SOLUTIONS, INC., | Case No. 2:09-cv-02099-PMP-LRL |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| SCRIBBLE SOFTWARE, INC., | |
| Defendant. | |

1 | The parties, by and through their counsel of record, hereby stipulate pursuant to
2 | Fed.R.Civ.P 41(a)(1)(A)(ii) that the above-captioned matter shall be dismissed with
3 | prejudice, each side to bear their own attorney's fees and costs.

DATED this 31st day of March, 2011.

| CAMPBELL & WILLIAMS | BORGHESE LEGAL, LTD. |
|---|---|
| By /s/ *J. Colby Williams, Esq.* | By /s/ *Mark Borghese, Esq.* |
| J. COLBY WILLIAMS, ESQ. (#5549) | MARK BORGHESE, ESQ. (#6231) |
| DONALD J. CAMPBELL, ESQ. (1216) | 10161 Park Run Drive, Suite 150 |
| 700 South Seventh Street | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89101 | |
| | Attorneys for Defendant |
| AKIN GUMP STRAUSS HAUER & FELD | |
| ANTHONY PIERCE, ESQ. | |
| ROBERT WILLIAMS, ESQ. | |
| 1333 New Hampshire Avenue, N.W. | |
| Washington, D.C. 20036-1564 | |

Attorneys for Plaintiff

IT IS SO ORDERED.

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2011.

2